UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LARRY ROGERS,

    Plaintiff,

v.                                  Case No. 3:23cv24697-MCR-HTC

C. RICK, et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 12, 2023 (ECF No. 6). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this Order.

2.    This case is DISMISSED WITHOUT PREJUDICE as malicious under 28 U.S.C. § 1915(e)(2)(B)(i) for Plaintiff's abuse of the judicial process.

3. The clerk shall close the file.

**DONE AND ORDERED** this 17th day of May 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:23cv24697-MCR-HTC